UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS

UNITED STATES OF AMERICA

v.                                                                    Case Number: 1:24–cr–00592

Eder Tadeo Perez

NOTICE OF SETTING

TAKE NOTICE THAT A PROCEEDING IN THIS CASE HAS BEEN SET FOR THE PLACE, DATE AND TIME SET FORTH BELOW.

**Before the Honorable**

Karen Betancourt

**PLACE:**

United States District Court
600 E. Harrison Street
Brownsville, Texas 78520

**DATE:** 11/7/2024

**TIME:** 10:00 AM

**TYPE OF PROCEEDING:** Arraignment


Date:    October 29, 2024

Nathan Ochsner, Clerk